**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO. 5:23-cr-9-KKC-MAS**

**UNITED STATES OF AMERICA**                                               **PLAINTIFF**

v.                    **JOINT MOTION TO AMEND SCHEDULING ORDER**

**JOSE ALZADON, M.D.,**
**MICHAEL BREGENZER, AND**
**BARBIE VANHOOSE**                                                         **DEFENDANTS**

The parties respectfully move this Court for an order amending the existing scheduling order in this case to extend the deadline for filing substantive motions in limine from January 2, 2025, to January 9, 2025.

Trial in this matter is set for March 3, 2025.  Dkt. No. 105.  All substantive motions in limine are due 60 days prior to trial, and the parties are instructed to attempt to resolve issues prior to filing any such motion.  Dkt. Nos. 83, 105.

In light of the upcoming holidays, counsel respectfully request an extension of one week to file their motions in limine.  No other changes to the scheduling order are requested.  Counsel for the government has conferred with counsel for all defendants, who agree and join in this request.

Respectfully submitted,

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

GLENN S. LEON
CHIEF, FRAUD SECTION

By:    *s/Sarah E. Edwards*
       Sarah E. Edwards

1

Dermot Lynch
Samad Pardesi
Trial Attorneys
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Washington, DC 20005
202-913-4782
sarah.edwards@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send notice of filing to all counsel of record.

/s/ Sarah E. Edwards
Trial Attorney, Fraud Section