**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO. 5:23-cr-9-KKC-MAS**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**v.**      **[PROPOSED] ORDER**

**JOSE ALZADON, M.D.,**
**MICHAEL BREGENZER, AND**
**BARBIE VANHOOSE**                                                                                     **DEFENDANTS**

This Court hereby GRANTS the parties' joint request to amend the scheduling order in this case, Docket Number 83 as modified by Docket Number 105, to extend the deadline for filing substantive motions in limine to January 9, 2025. Parties shall attempt to resolve issues prior to filing any motion. All other deadlines shall remain the same as previously established.

Dated: December __, 2024          _____

Hon. Karen K. Caldwell
United States District Judge
Eastern District of Kentucky

1