UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL BREGENZER,<br><br>    Defendant. | CRIMINAL NO. 5:23-09-KKC-MAS-3<br><br><br>**ORDER** |

IT IS ORDERED that the Sentencing Hearing, currently scheduled December 22, 2025, is CONTINUED to February 13, 2026 at 1:30 p.m. in Lexington, Kentucky.

This 13th day of November, 2025.

Signed By:

*Karen K. Caldwell*

United States District Judge