**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL NO. 5:23-09-KKC-MAS-3** |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **MICHAEL BREGENZER,** | |
| **Defendant.** | |

This matter is before the Court on defendant Michael Bregenzer's Motion to Continue Sentencing (DE #324).  Accordingly, IT IS ORDERED as follows:

1.  The Motion to Continue Sentencing (DE #324) is GRANTED.

2.  The Sentencing Hearing, currently scheduled for February 13, 2026, is CONTINUED to March 19, 2026 at 10:30 p.m. at Lexington, Kentucky.

This 29th day of January, 2026.

Signed By:

*Karen K. Caldwell*
**United States District Judge**