**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

CRIMINAL ACTION NO. 5:23-cr-00009 -KKC-MAS

UNITED STATES OF AMERICA                                      PLAINTIFF,

v.                    **UNOPPOSED MOTION FOR EXTENSION OF TIME**

ALZADON, ET AL                                               DEFENDANTS.

---

**COMES NOW** Defendant Michael Bregenzer ("Mr. Bregenzer"), by and through undersigned counsel, and respectfully moves this Honorable Court, pursuant to Local Criminal Rule 47.1(b), for a seven (7) day extension of time to file his memorandum in opposition to the unresolved objections contained in the Presentence Investigation Report ("PSR"). In support of this Motion, Defendant states as follows:

1.      Mr. Bregenzer's sentencing hearing is currently scheduled for April 24, 2026. (ECF No. 347).

2.      Mr. Bregenzer's Initial PSR was disclosed on January 9, 2026. Mr. Bregenzer submitted his objections on January 23, 2026, and the Government submitted its response to Mr. Bregenzer's objections on January 28, 2026.

3.      Pursuant to the Court's Sentencing Order entered on March 24, 2025, the probation officer is required to disclose the final PSR to counsel no fewer than fourteen (14) days prior to sentencing, including any unresolved objections and the probation officer's additional comments. (ECF No. 340). The Order further requires counsel to file any memoranda in support

of or in opposition to any unresolved objections that may impact the Defendant's sentence, within the same fourteen (14) day period preceding sentencing.

4.      On April 10, 2026, the probation office disclosed the final PSR, including the unresolved objections.

5.      Mr. Bregenzer intends to file a memorandum in opposition to those unresolved objections. However, because the final PSR was disclosed on the same day the memorandum is due, additional time is necessary for counsel to adequately review the report, conduct the necessary legal research, and prepare a thorough response.

6.      This request is made in good faith and not for purposes of delay, but rather to ensure that Mr. Bregenzer's memorandum fully and effectively addresses the unresolved objections contained in the PSR.

7.      Counsel for the Government has been consulted and does not object to the relief requested herein.

**WHEREFORE**, Defendant Michael Bregenzer respectfully requests that this Court grant a seven (7) day extension of time, up to and including April 17, 2026, within which to file his memorandum in opposition to the PSR's unresolved objections.

Respectfully submitted,

Dated: 4/10/2026

s/ *Ronald W. Chapman II*
Ronald W. Chapman II, Esq., LL.M.
MI Bar No. P73179
(Admitted Pro Hac Vice)
THE CHAPMAN FIRM
456 E. Milwaukee Ave.,
Detroit, Michigan 48202
T: (346) 242-7626
ron@chapmanandassociates.com

*Counsel for Defendant Bregenzer*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on 4/10/2026, I electronically filed the forgoing document with the clerk of court by using the CM/ECF system which will send the notice of electronic filing to all attorneys of record.

s/ *Ronald W. Chapman II*
Ronald W. Chapman II, Esq., LL.M.