**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

CRIMINAL ACTION NO. 5:23-cr-00009 -KKC-MAS-3

UNITED STATES OF AMERICA                                                    PLAINTIFF,

v.                                              **ORDER**


ALZADON, ET AL                                                          DEFENDANTS.

---

Upon consideration of Defendant Michael Bregenzer's Unopposed Motion for Extension of Time to file his memorandum in opposition to the presentence investigation report's unresolved objections, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. Defendant's Motion (DE #356) is **GRANTED**.

2. Defendant Michael Bregenzer's deadline to file his memorandum in opposition to the unresolved objections contained in the Presentence Investigation Report is extended to April 17, 2026.

This the 13th day of April, 2026.



Signed By:

*Karen K. Caldwell*
**United States District Judge**