**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

CRIMINAL ACTION NO. 5:23-cr-00009

UNITED STATES OF AMERICA                                          PLAINTIFF,

v.          **NOTICE OF ANTICIPATED SENTENCING HEARING LENGTH**

MICHAEL BREGENZER                                          DEFENDANT.

---

Defendant Michael Bregenzer, through counsel, respectfully provides notice to the Court, as required by the Court's order at ECF No. 230 (at ¶ 5(c)), that he reasonably anticipates that the sentencing hearing will consume more than thirty minutes.

Dated: April 15, 2026          Respectfully submitted,

s/ *Ronald W. Chapman II*
Ronald W. Chapman II, Esq., LL.M.
MI Bar No. P73179
(Admitted Pro Hac Vice)
THE CHAPMAN FIRM
456 E. Milwaukee Ave.
Detroit, Michigan 48202
T: (346) 242-7626
ron@chapmanandassociates.com

s/ *John J. Dowling III.*
John J. Dowling III.
NC Bar No. 57517
(Admitted Pro Hac Vice)
DOWLING DEFENSE GROUP LLC
6201 Fairview Road, Suite 200
Charlotte, North Carolina 28210
Ph: 631-574-7905
E: john@dowlingdefensegroup.com

*Counsel for Defendant Michael Bregenzer*

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing through the CM/ECF system on counsel for all parties.

This the 15th day of April, 2026.

/s/   *John J. Dowling III.*
John J. Dowling III.

2