**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL NO. 5:23-09-KKC-MAS-3** |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **MICHAEL BREGENZER,** | |
| **Defendant.** | |

Due to a conflict in the Court's schedule, IT IS ORDERED that the Sentencing Hearing, currently scheduled for April 24, 2026 at 10:30 a.m., is CONTINUED to 2:00 p.m. on the same day at Lexington, Kentucky.

This 16th day of April, 2026.

Signed By:

*Karen K. Caldwell*
**United States District Judge**