To the Honorable Judge Karen Caldwell,

My name is Rachel Bregenzer, and I am Mike's wife. We have been married for fourteen years. I respectfully write to ask that you consider Mike's character, the way he has consistently treated others throughout his life, and the impact his incarceration would have on our family as you determine his sentence.

I understand the seriousness of this case and the responsibility before the Court. I am not writing to challenge the outcome or to minimize what has occurred, but to share who Mike is as a person and the kind of husband, father, employer, and friend he has been to those around him.

Mike is one of the kindest people I have ever known. Helping others is not something he does occasionally— it is part of who he is. He notices when someone is struggling and looks for ways to help. This is one of the qualities that drew me to him, and it has remained constant throughout our marriage.

Even after the indictment, during a time when we were facing our own significant financial hardship, Mike spent his time helping elderly individuals who posted on social media asking for help with basic tasks around their homes. Many offered to pay him, but he refused. He helped because he genuinely cared and did not want them to be taken advantage of.

During the COVID-19 pandemic, a beloved employee of KAC passed away. Mike ensured that the company paid for her funeral so her family would not carry that burden while grieving. In another instance, an employee who was the sole provider for her family was diagnosed with cancer and had no paid time off available. Mike continued to pay her while she was out so her family would not fall into financial hardship during an already difficult time.

In yet another situation, a family member of one of our employees required cancer treatment in Houston. Mike and I set up our camper near the hospital and allowed them to live there for several months so they would have a place to stay while undergoing treatment. These are only a few examples, but they reflect the heart Mike has always had.

The loss of our company has had a profound impact on our family. We lost our business and income almost overnight. We were unable to keep up with our mortgage and household expenses, and we are currently living in our camper because we cannot afford other housing. After thirteen years out of the workforce, I returned to work and am now the primary financial provider for our household. This has been a humbling and difficult experience for us.

I also live with lupus, an autoimmune disease that can affect nearly every system in the body. Stress is a major trigger for lupus flares, which can be serious and unpredictable. Carrying full responsibility for our family alone would not only be emotionally overwhelming but could also have a significant impact on my health. Mike has always been a steady source of support in

managing both our household and my health, and his presence makes a meaningful difference in my ability to remain well.

This experience has deeply changed Mike. I know that he is committed to learning from this and rebuilding his life in a way that allows him to contribute positively and responsibly in the future.

We have two daughters who love their father very much. Our daughter, Kendall, is in college and nearing the completion of her junior year, pursuing a degree in mechanical engineering, which is a huge accomplishment. Our eldest daughter, Kaitlyn, is preparing to become engaged and married. These are seasons of life when having their father present matters deeply, and I respectfully ask you to consider the importance of Mike being present for these milestones rather than missing these once-in-a-lifetime moments.

Mike is a good man with a generous heart, deep compassion for others, and a strong love for his family. I respectfully ask that you take these things into consideration, along with the significant impact his incarceration would have on our family, as you determine his sentence.

Thank you for taking the time to read my letter, and for the careful thought being given toward the difficult decision before you.

Respectfully,

Rachel Bregenzer
(832) 449-2332
18602 Clay Road
Houston, TX 77084

February 4, 2026

To The Honorable Judge Karen Caldwell:

I am writing this letter on behalf of Michael Bregenzer, my firstborn child. My husband is Jim Snell and we are celebrating our 50th anniversary this year. We have a total of 3 children, all are married, we have 8 grandchildren, and 1 great-grandson. Our family is very close and we intentionally have semi-annual reunions together. Our children are all of strong Christian faith, my husband is a retired Minister, and works part-time at Sight & Sound Theater. I am retired, having worked alongside my husband for many years through The Salvation Army.

My husband and I along with Michael's brother, Aaron, were all in attendance the first week of the trial last March. Even though we could not be there for the entire duration, we stayed in daily contact with Michael and Rachel, his wife. We are aware and understand the conviction. We want you to know that our entire family stands alongside Michael, and we will continue to provide absolute future support as he is allowed to rebuild his life and be a vital productive member of society once again.

Michael, from just a little boy, always had a heart to trust the goodness in everyone he meets. He never looked down upon anyone for any reason, but was a friend to all. If he saw a need, he would go out of his way to help. For example, when Michael was in high school, a new family moved into the small town we lived in. Their oldest daughter had a difficult time at first adjusting to the new school and feeling accepted and making friends, but Michael became a good, solid trusted friend resulting in April making many life-long friends and also daring to believe she has a gift and talent for singing which she continues to share to this day, because of his friendship and encouragement. April recognized Michael's character and has expressed her thankfulness for him to me many times.

That characteristic continued into his adult life with his own family, and he has led his family by always being a first responder to those in need be it financial support, encouraging and kind words, a place to stay during difficult/tragic times. A few examples of this include when Hurricane Harvey hit Houston in August 2017 and left their former neighborhood in Katy, TX completely flooded with families trapped in their homes. Michael, without any thought to his own well-being and once he had made certain his family was safe and secure, went to that neighborhood and helped multiple families escape the flooding, guiding them to safety, often through chest deep flood waters for more than a mile. One of the families he brought to his own home for several weeks. until they could secure new housing. Two other times, when Michael heard of people, he didn't know, with life threatening cancer who needed to re-locate or just travel back & forth to MD Anderson Cancer Center in Houston from out of state, without any hesitation, he provided one of the families with a camper and camp site for "as long as needed" and the other family, working through his church he made sure they had financial support to ease that burden from them. And one final example, but there are so many more I could share, Michael heard about James through our affiliation with the Salvation Amy, that he had contracted Guillain- Barre syndrome and with no living family whatsoever to look to for help, when James finished rehab and was released into public housing, Michael and Rachel, in their great love and compassion for hurting people, arranged and provided for delivery of meals for this man for several years as well as providing Christmas gifts for him. There is nothing this man won't do for a person in need.

Your Honor, this man, and yes he is my son and I am so proud to call him my son, is a man of high integrity, who loves God, loves his family, and has a profound love and compassion for all of mankind. I respectfully request that you consider who he is personally and what I have shared with you in this brief letter regarding Michael when you are imposing a sentence.

Respectfully,

Peggy Snell

Peggy Snell, 7812 Cozy Cove Rd., Branson, MO 65616; 417-343-1418; court2699@aol.com

February 2, 2026

To the Honorable Judge Karen Caldwell:

My name is Kendall Bregenzer. I am 21 years old and currently a student at Texas State University studying Mechanical Engineering. I also work as a supervisor at Camp Moody during the summer and lifeguard there during the school year. I am writing on behalf of my father, Mike Bregenzer. I have known him my entire life, and there has never been a time when we were distant or disconnected. The most defining characteristic of my father is that he shows up. For fifteen years, I played competitive softball year-round, and he never missed a single game. No matter how long his workday had been, he would come straight from work—often still in his work clothes—and sit in the stands as my loudest supporter. He drove me over an hour nearly every weekend for tournaments, including overnight tournaments with games at 8 p.m., midnight, and even 3 a.m. During my very last tournament, in between those late games, we sat together watching *The Walking Dead* because he knew it was my favorite show, and he never once fell asleep. When I had a bad game, he would simply say, "It's okay, kiddo. You'll get it next time." His consistency in those moments reflects his patience, reliability, and unconditional support.

Even after my parents divorced when I was four years old, my father never missed his designated time with my sister and me. There was never an excuse and never a "too busy." He made sure we felt secure and prioritized despite the circumstances. He has always put our interests before his own. Fishing has been one of my favorite hobbies, even though it was never something he loved the way I loved it. Still, he learned how to fish simply so we could spend time together. I remember a trip to Palacios when it poured rain, my truck got stuck in the mud, and everything seemed to go wrong. He stayed up until midnight trying to get my truck out of the mud. We eventually walked back to our camper, ate beans for dinner, and watched *The Hunger Games*. What could have been a frustrating night became one of my favorite memories because of the way he kept things lighthearted and safe. That experience reflects his resilience, humor, and ability to protect his family emotionally during difficult moments. Beyond our family, he attends church every Sunday and serves on the church board, demonstrating leadership and commitment to his faith and community.

I am aware of the conviction for which my father now stands before the Court and understands the seriousness of this matter. Throughout my life, I have known him as a devoted father, a steady provider, and a man who values faith, responsibility, and family. To me, he is my protector, mentor, and foundation. The countless sacrifices he made—

long drives, late nights, learning hobbies he did not love simply because I did—are a reflection of his character over many years. His steady presence shaped my work ethic, my resilience, and the woman I am becoming. I respectfully ask that you consider this letter when determining an appropriate sentence.

Respectfully,

*Kendall Bregenzer*

1832 Pearce Ct

San Marcos Tx 78666

3463070808

Kcbregenzer@gmail.com

February 2, 2026

To the Honorable Judge Karen Caldwell,

My name is Kevin McGown, and I am the pastor of Regeneration Church. I have known Mike Bregenzer for approximately ten years, both personally and through his involvement in our church. During that time, Mike has served faithfully on our church board and has been one of the most dependable and generous men I have had the privilege of leading. I am writing this letter with sincere respect for the Court, and with the hope of providing a fuller picture of Mike's character beyond the circumstances of his conviction.

Over the last decade, I have consistently seen Mike demonstrate integrity, compassion, and an uncommon willingness to help others without seeking recognition. In his role as a church board member, Mike has always been a voice of accountability and responsibility. He has repeatedly encouraged our leadership to do things the right way—carefully, ethically, and above reproach. He has never treated leadership casually, and he has always shown a deep concern for honesty and stewardship.

Mike's generosity has also been demonstrated through tangible actions. There have been multiple occasions where someone in our church or community was in serious need, and Mike stepped in to make sure that need was met. I have personally witnessed him provide financial assistance to families facing hardship, including supporting a family whose husband and father was battling cancer. In another situation, Mike provided help to a widow in our community who needed major repairs to her home, including a new roof and fence. These are only a few examples of what has been a consistent pattern of sacrificial kindness over many years.

Mike has also been personally supportive to me and my family in ways I will never forget. When I lost my job and faced uncertainty, Mike provided me employment until my situation stabilized. He helped my mother with home repairs on several occasions, and he stood beside me through one of the hardest seasons of my life—when my father was diagnosed with brain cancer and eventually passed away. Mike was present, dependable, and loyal through those difficult months, not only with words, but with genuine support and action.

I want to respectfully acknowledge that I am aware Mike has been convicted of fraud involving the government. I understand the seriousness of this matter, and I do not seek to excuse or minimize the offense. However, based on the many years I have known him, I believe this conviction does not reflect the totality of who Mike is. The man I have known for a decade has consistently demonstrated strong moral character, generosity, and a desire to do what is right.

I believe Mike has the capacity to learn from this experience and to continue living as a productive and positive member of society. He has a strong support system through his church community, and I am committed to continuing to support him spiritually and personally as he moves forward.

Thank you for your time and for considering this letter as you determine an appropriate sentence. I respectfully ask that you take into account the character and lifelong patterns of service that Mike has demonstrated over many years.

Respectfully,

Kevin McGown
Pastor, Regeneration Church
7610 Echo Point Lane
Houston, TX 77095
832-808-5943
kmcgown777@gmail.com

February 2, 2026

To the Honorable Judge Karen Caldwell,

My name is Patresa McGown, and I am writing this letter as a character reference for Mike Bregenzer. I have known Mike for approximately ten years through our church community and personal friendship. Over that time, I have had the opportunity to observe Mike closely, and I can sincerely say he has consistently demonstrated generosity, compassion, and a strong sense of responsibility toward others.

Mike has been the type of person who notices needs that others overlook, and then steps in to help without hesitation. One example that stands out to me is his long-term care and support of an elderly woman in our community named Ms. Pat. For years, Mike helped her with doctor visits, home repairs, and personal needs. Even when she was difficult or unappreciative, he remained patient, kind, and committed to doing what was right. His willingness to continue helping her, even when it was inconvenient or emotionally taxing, speaks volumes about his character.

I have also seen Mike demonstrate integrity and leadership in moments where he could have chosen to remain silent. When my husband, Kevin, was being released from a previous job, Mike strongly advocated for him to receive a severance because he believed it was the fair and honorable thing to do. He did not do this for recognition—he did it because he believes people should be treated with dignity and fairness.

Mike has also shown care toward my family in deeply personal ways. During a season when my daughter was struggling with her mental health, Mike offered professional counseling support through a counselor he knew from his business. He covered the cost himself to ensure she received the help she needed. As a mother, I cannot adequately express what it means to have someone step in with that kind of compassion and generosity during a time of fear and uncertainty.

In addition, Mike has been a consistent source of help within our church and our community. He created what we called a "disaster relief team" at our church, organizing efforts to help people in urgent need. I have personally seen him serve families during difficult circumstances, and he has often been one of the first to respond when others were hurting or overwhelmed.

I understand that Mike has been convicted of fraud involving the government. I recognize the seriousness of this matter, and I do not intend to excuse or minimize the offense. However, I respectfully ask the Court to consider the full picture of Mike's life and character. The Mike I have known for the past decade has consistently lived as someone who cares deeply for others, gives generously, and tries to do what is right.

I believe Mike has the ability to move forward from this experience with humility and growth, and I know he has strong support through our family and our church community. Thank you for taking the time to consider this letter. I respectfully ask that you weigh these reflections and examples as you determine an appropriate sentence.

Respectfully,

Patresa McGown
7610 Echo Point Lane
Houston, TX 77095
832-803-2332
pfe10128@gmail.com

To The Honorable Judge Karen Caldwell,

My name is Kristen Hensley, and I am writing this letter with my husband, Matt Hensley, in support of my brother, Michael Bregenzer. We serve as the directors of Keystone Camp and Conference Center for The Salvation Army. We appreciate the opportunity to share our perspective on Michael's character and the person we know him to be.

We know Michael to be a hardworking, generous, protector of people. As his sister, I have seen him consistently demonstrate those qualities for my entire life. I have known him to step into numerous disaster situations to help rescue and serve those impacted, to donate money or resources when he hears of someone in need, to listen without judgement, and to offer advice from his wisdom and experience. Even though we have lived much of our adult lives in different states, he has been active and present in the life of our family when we have gone through struggle and difficulty. He is always quick to offer and send help and quick to celebrate the victories.

An example that comes to mind is from one Christmas season when our family was involved in foster care and had a particularly challenging placement in our home. Michael and his wife, Rachel, not only provided some items that the children in our care needed, but he also took time to identify activities the children would find fun and engaging, interacting with them while also trying to lighten the load of the moment for me. He later made a point to sit with me for quite some time, asking questions, and offering a listening ear and wisdom. I share this quiet example of my brother because it shows his character. His care and compassion for people is not about recognition but simply who he is, a true champion of people.

We are aware of and understand his conviction and ask that you consider this letter as you consider his case. We will continue to support him in any way that we can as he is able to move forward with his future. Thank you again for this opportunity.

Sincerely,

Matt and Kristen Hensley

6668 SE 9th Ave

Starke, FL 32091

(Matt) 352.568.5862 – hensleym330@gmail.com

(Kristen) 352.603.0706 – mchkjh@gmail.com

Janis Jensen
25816 Karen Lane
Katy, TX 77494
(713) 829-5869

Date: February 9, 2026

To the Honorable Judge Karen Caldwell:

My name is Janis Jensen, and I am an 83-year-old widow residing in Katy, Texas. I met Michael "Mike" Bregenzer in February 2022 when I began attending Regeneration Church. From the very beginning of my time there, Mike made me feel welcomed, noticed, and cared for, and I have come to know him as a man of exceptional generosity and compassion.

One of the first things I observed about Mike was his quiet generosity toward others. I recall going out for a birthday dinner with friends not long after meeting him, only to later discover that Mike had taken care of the bill without saying a word. This was not a one-time occurrence. Over the years, I have repeatedly experienced Mike stepping in to help in thoughtful, unspoken ways, always without drawing attention to himself.

Mike has also consistently looked out for my safety and well-being, particularly during times of bad weather. A few years ago, during a period of extremely low temperatures, I lost power at my home. Mike immediately came over with a generator and a gas can, set everything up, and ensured that my refrigerator, a lamp, and my phone charger were all working. He returned each night with additional gas to keep the generator running. His concern went far beyond asking questions — he took action to make sure I was safe and cared for.

Throughout the long and difficult period leading up to trial and during the trial itself, I have watched Mike maintain a steady and positive attitude despite the uncertainty and strain. I know this has been incredibly challenging for him, yet he has continued to show kindness and concern for others even while carrying his own burdens. He draws strength from his faith and from the support of those around him, and that support will remain constant regardless of the outcome.

I am aware that Mike has been convicted and is now before the Court for sentencing. I wanted the Court to know that, from my personal experience, Mike is a man of compassion, responsibility, and action. He has been a source of encouragement and practical help to me and to many others.

I look forward to Mike's warm greeting each Sunday morning, and I am deeply grateful for his unwavering kindness and support. I respectfully ask that the Court consider this letter as part of its understanding of Mike's character and the positive role he plays in the lives of those around him.

Respectfully submitted,

*Janis Jensen*

Janis Jensen

# Robert L. French

2 Sylvia Cv. Long Beach, MS 39560
Phone: (573) 275-8618
robaire25@protonmail.com

February 19, 2026

To the Honorable Judge Karen Caldwell:

My name is Rob French, and I serve as the Director of Special Services for the Bay St. Louis-Waveland School District in Mississippi. I am writing to you today as a family member and friend of Mike, whom I have known for approximately 10 years through his marriage to my wife's cousin.

The purpose of this letter is to provide a more complete picture of Mike as an individual beyond the facts of his current legal situation. Over the last decade, I have watched Mike lead his two daughters through their formative years with a rare balance of grace and strength. He is an unbelievable father who has invested heavily in his daughters' education and their interests outside the classroom, such as softball and volleyball. He has always positioned himself as their "safety net," encouraging them to take risks while providing the steady support they need to succeed.

I have also personally experienced Mike's character as a supportive and insightful friend. Years ago, when my wife, Shelley, and I were going through a difficult period in our marriage, Mike took the initiative to organize a trip for the four of us. During that time, he and his wife, Rachel, offered us encouragement and coaching that helped our relationship grow and heal. This level of care for the well-being of others is a trait I have consistently seen in him.

I am aware that Mike has been convicted of fraudulent billing regarding Medicare and Kentucky Medicaid. While I recognize the seriousness of this offense, the person I have known for ten years is a devoted, hardworking entrepreneur. During my visits to Texas, I saw firsthand his dedication to the people he served; he was often on his phone at all hours, working to solve client issues for businesses he built to help the sick.

Should the court see fit to grant leniency, my wife and I are fully prepared to serve as Mike's support system. If he and Rachel choose to relocate to Mississippi upon his release, we will provide them with a place to live, assistance in finding employment, and any physical or emotional support necessary to ensure he remains a productive member of society.

I respectfully ask that you consider these aspects of Mike's character and his strong family support when imposing his sentence. Thank you for your time and for considering my perspective.

Respectfully,

Rob French

To the Honorable Judge Karen Caldwell,

My name is Bryan Fox. I have known Mike Bregenzer since July 2023 through our church, Regeneration Church in Katy, Texas, where we are fellow members. Over time, Mike and his wife, Rachel, became close friends to my wife and me.

Mike earned my trust through consistent acts of kindness and service. He opened his home to us when we expressed interest in being baptized for the first time in our lives. He was present and supportive during the loss of my stepfather. I have personally witnessed Mike assist an elderly church member, Pat Grimmett, with fence and home repairs, transportation to medical appointments, and daily needs. She lives alone, and Mike stepped in without obligation, simply because he saw a need. These are simply a few of many examples.

Mike has also repeatedly offered to help me with home repairs, always refusing compensation despite my insistence. His generosity is genuine and rooted in his character, not expectation of recognition or return.

In the time I have known Mike, his selfless commitment to serving others has earned my deepest respect. Even after learning of his conviction and witnessing the significant losses he and his wife have endured throughout this process, Mike has not lost his faith. He continues to attend church regularly and serve others, despite the hardship he has faced. I cannot say with confidence that I would demonstrate the same resilience under similar circumstances.

Mike has inspired me to be a better person. His desire to uplift those around him—whether friends or strangers—extends far beyond himself. He is a valuable member of our community through his quiet, unsolicited acts of service.

My wife and I fully support Mike and Rachel and are willing to assist them in any way we can, whether through mentorship, financial assistance, or continued friendship.

I respectfully ask that you consider this letter as a reflection of who Mike truly is to those who know him and interact with him regularly. Our church family, our town, and all who cross paths with Mike are better for it.

Sincerely,
Bryan Fox
210-887-7424
22019 Westland Crk
Katy, TX 77449

# AARON SNELL

324 W Palisades Dr. 1A, Lake Ozark MO 65049 | 417.425.8275 | aaron@myhope.org

February 17, 2026

To the Honorable Judge Karen Caldwell:

My name is Aaron Snell, and I am the brother of Mike Bregenzer. I have known Mike my entire life, and there is no one I have looked up to more. While I have long admired his gifted business mind and strong work ethic, what has shaped me most is his love for people. Mike is the most compassionate person I know, and he consistently lives that compassion through action.

I serve as a ministry leader with Hope Women's Center, where I walk closely with individuals and families in crisis. Through that work, I have learned to recognize genuine care and sustained service in a person's life, and Mike has demonstrated those qualities for as long as I can remember. He has a consistent pattern of noticing when someone is struggling and stepping in to help in practical ways. I have seen him give his time to disaster relief efforts for people he had never met and faithfully serve alongside our parents in ministry to the homeless, offering not only material help, but dignity and respect. He does this quietly and without seeking recognition.

Mike has also been a steady source of strength in my own life and in our family. He listens without judgment, shows up in difficult moments, and takes responsibility to support others. His loyalty and compassion have had a lasting impact on me personally.

I understand that this is a serious matter and I respect the gravity of the Court's role in these proceedings. While I cannot speak to the legal questions before the Court, I can speak to the man I have known for many years — someone who deeply values his family and relationships. This experience has been deeply difficult for him and for those who love him.

Our family is committed to continuing to stand beside Mike, offering support, consistency, and care as he faces whatever lies ahead.

Thank you for taking the time to consider my perspective and for the responsibility you carry. I respectfully ask that you take into account the character I have described and the strong support that stands behind Mike.

Respectfully,

## A Letter Reflecting the Character of Mike Bregenzer

I would like to take a moment to share my personal perspective on the character of Mike Bregenzer, someone I have had the privilege of knowing and working alongside during my time at Kentucky Addiction Centers LLC. This letter is simply a reflection of the qualities he consistently demonstrated and the positive impact he has had on those around him.

Mike carries himself with a rare balance of strength and compassion. His approach toward others is naturally empathetic, thoughtful, and sincere. He listens with intention, speaks with respect, and treats people with dignity regardless of circumstance. In environments that can often be stressful or emotionally demanding, he remains calm, grounded, and encouraging — qualities that make those around him feel supported and valued.

What stands out most about Mike is his upstanding character. He holds himself to a high ethical standard and leads by example through honesty, accountability, and professionalism. His presence fosters trust, and he has a way of bringing steadiness and reassurance to any team or situation. Rather than seeking recognition, he focuses on doing what is right and helping others succeed.

Beyond his professionalism, Mike is genuinely caring. He shows patience, understanding, and kindness not only in moments of success but also during challenges. His ability to uplift others while maintaining integrity speaks volumes about who he is as a person.

This letter is simply a reflection of respect and appreciation for Mike Bregenzer's character — empathetic, principled, and truly outstanding.

Respectfully,

2/17/2026

Brandon Lewis

**The Honorable Karen K. Caldwell**

United States District Judge

United States District Court

Eastern District of Kentucky


Dear Judge Caldwell,

My name is David Shepherd, and I have known Michael Bregenzer personally since around 2022. We met through church and served together in several capacities, which allowed me to get to know him through consistent, everyday interaction.

There was a period in my life when I was going through a difficult divorce, and Michael was there to support me during that time. He listened, encouraged me, and helped me stay grounded when I needed it most. He went out of his way to introduce me to people and encourage me to move forward with my life. Through that kindness, I ultimately met my wife. Because of the support Michael and his wife showed me during that season, I am now blessed with three children, with another on the way. He did not have to do any of this, but he chose to.

After Michael was indicted, I made the decision to employ him, having understood the gravity of his situation. I assigned him real responsibilities and held him to the same standards as anyone else I work with. Throughout our time working together, he has proven to be reliable, conscientious, and respectful. Based on his performance and conduct, I intend to continue working with him.

I understand and respect the seriousness of these proceedings, and I recognize the Court's responsibility in this matter. I felt it was appropriate to share my firsthand experience with Michael's character and how he has conducted himself during the time I have known him. Should the Court impose a term of imprisonment, I am willing to offer him employment upon his release. In my experience, he is capable, dependable, and eager to contribute positively rather than be a burden on others.

Respectfully,

David Shepherd

(832) 949-3536

Davidshepherd1928@me.com

February 6, 2026

Your Honor:

My name is Allan Ragan. I am writing this letter on behalf of Mike Bregenzer, whom I have known for more than fifteen years through both a personal friendship and a professional relationship. Over this extended period of time, I have had the opportunity to observe Mike consistently and in a variety of circumstances, which has allowed me to gain a clear understanding of his character.

Throughout the years I have known Mike, he has demonstrated qualities that reflect responsibility, compassion, reliability, and respect for others. When I decided to start my own business, Mike was one of the few individuals that offered any kind of support that he could to help me to try to be successful. He spent countless hours talking through issues, providing mentorship, but most importantly he encouraged me to believe in myself because he believed in me.

Over the years, I have been able to observe countless instances of Mike making the welfare and happiness of others a priority in his life. Whether it is supporting an employee going through a tough time, finding time to get to know and understand perspectives of others, or contributing his time to charitable causes, Mike has left a positive and lasting mark on the lives of many.

I am aware that Mike has been convicted of an offense and that he now stands before the Court for sentencing. I understand the seriousness of this matter and respect the Court's role in determining an appropriate outcome. My intention in writing is not to minimize the offense, but rather to provide the Court with a fuller picture of Mike as an individual beyond this case.

Based on my long-standing relationship with Mike and my personal experiences with him, I believe he possesses the character and capacity to move forward in a positive and productive way. I respectfully ask that the Court consider this letter when imposing this sentence.

Thank you for your time and consideration.

Respectfully,

Allan Ragan
4707 Pineridge Cir SE
Decatur, AL 35603
205-910-9457
allan.ragan001@gmail.com

# HOLLY SNELL

324 W Palisades Condo Dr 1A, Lake Ozark MO 65049 | 417.425.5630 | holly@myhope.org

Monday, February 16, 2026


To the Honorable Judge Karen Caldwell:

My name is Holly Snell. I serve as Co-CEO of a nonprofit women's health organization in McKinney, Texas. Mike Bregenzer is my brother-in-law, and I have known him personally for nearly twenty-five years.

During that time, I have seen Mike experience both significant highs and difficult lows. What has remained steady is his loyalty to his family and his consistency in relationships. He has been deeply committed to his wife Rachel and daughters, Kaitlyn and Kendall — present, protective, and invested in their lives. His role as a husband and father has always mattered greatly to him.

One particular season stands out to me. My husband and I were in a job transition and planting a church with young children at home. In order to help make ends meet, we were trying to launch a small business. It was uncertain and discouraging. Without being asked, Mike stepped in. He encouraged us consistently, spoke confidence into us when we felt unsure, and reached out to his own network to help rally support around our new venture. He leveraged his relationships not for himself, but to help us move forward. When we felt stuck, he helped illuminate a path ahead. That generosity and initiative left a lasting impact on our family.

Several years ago, a young girl on Mike's daughter's softball team suffered a severe accident resulting in a traumatic brain injury that required an expensive surgery. I watched Mike rally our family and his community with remarkable compassion and determination. He and his wife Rachel helped spread awareness, personally contacted friends and colleagues, and assisted in organizing a fundraising effort. Through that initiative, over $70,000 was raised so this young woman could receive the surgery she needed. His tenacity and heart in that moment reflected the kind of man he is — someone who steps forward when others are in crisis.

Mike is known for his innovative business mind, but what stands out even more to me is his compassion. When someone is in need, he is often one of the first to respond because people know he will show up.

I am aware of the conviction for which he now faces sentencing and understand the seriousness of this matter. I respect the Court's role in this process and simply wish to share the fuller picture of the man I have known for decades.

As a person of faith, I believe individuals are more than their most difficult season. I have seen in Mike resilience, heart, and the capacity for growth.

Thank you for considering my perspective.


Respectfully,

Holly Snell

February 5, 2026

Your honor:

My name is Jessica Malcom, and I am a grant writer for an arts-based nonprofit organization in Washington, DC. I am writing this letter on behalf of my brother-in-law, Mike Bregenzer, whom I have known for fifteen years through his marriage to my sister, Rachel.

Over the past decade and a half, I have had the opportunity to witness Mike's character through our interactions and his interactions with others. One moment that particularly stands out occurred several years ago when I visited Mike and Rachel with my young son. Despite having a busy schedule, Mike took the time to play baseball with my son in the backyard, took him out to dinner, and even slipped money under his pillow when his tooth unexpectedly fell out during our visit. This act of thoughtfulness—remembering to play the role of the tooth fairy for a child who wasn't even his own—speaks to Mike's attentiveness and his genuine care for family. My son still remembers that visit fondly.

Beyond his dedication to family, Mike has also demonstrated a commitment to his community and faith. Over the years, he and Rachel have made numerous donations to their church, contributing to various outreach programs and supporting their congregation. This consistent generosity reflects values of service and responsibility that Mike has maintained throughout the time I have known him.

I am aware of the offense for which Mike is being sentenced, and I understand the seriousness of this matter. Despite this, I believe Mike has the capacity to be a productive member of society. He has a strong support system, and I am confident that with our continued support, he can move forward in a positive direction. Your Honor, I respectfully ask that you consider leniency as you determine an appropriate sentence. Thank you for your time.

Respectfully,

Jessica Malcom
614 Lincoln Avenue
Falls Church, VA 22046
703-231-2887
jmalcom31@gmail.com

Honorable Karen Chadwell,

I am writing this letter on behalf of my former employer and friend, Mike Bregenzer. I Myself, met Mike around a decade ago through Kentucky Addition Centers where I held previous employment as a counselor and Clinical Director. When you work for someone you get to know a lot about their character through witnessing not only how they treat you, but others around you. I did not have work day to day with Mike as no one did due to his Texas residency, but Mike was someone that always showed compassion for their employees and listened to their concerns.

For example, a specific occasion I witnessed honorable character from Mike was during the Covid outbreak. When the world was in panic and everyone was scared to death of a national pandemic, Mike kept his employees and patients  calm, safe, and taken care of. They implemented telehealth immediately regardless of how difficult it made their life at the time and went out of their way to keep everyone safe as possible. When we had a very young staff member unexpectedly pass away from Covid 19 in a matter of days, Deidra Bowen may she rest in peace, Mike flew in, paid for her funeral services and helped her family. He also took care of all staff during this tragedy and offered everyone time off, grief counseling, and mental health services. Mike offered grief counseling services and help finding additional services/resources for patients that had Deidra as a counselor too. Mike displayed empathy, compassion, and understanding for patients during this time and we all could outwardly see that. The patients that had Deidra as a counselor were devastated and not only was this a potential trigger for the patient, but she was the person those patients would usually turn to during a hard time or time of potential relapse. Mike gave staff and patients all the tools and resources he thought possible to prevent grief, relapse, or mental health issues within the community.

The same year Deidra passed away, Kentucky Addiction Center hosted a Christmas Drive in Deidra's honor that worked in stride with Deidra's family and her surviving husband Donnie to honor Deidra and the wonderful person she was. The Drive consisted of people donating new coats for families and new toys for their children; around 100 low income families had a Christmas that year that otherwise might not have and this was because of Mike.

Another example involves a staff member whose husband passed away from addiction and had started relapsing herself, her name was Robin. Robin was previously in recovery and held a peer support position at KAC. Peer support was a position so many places around us was getting rid of, not utilizing, and not hiring for because places would say they couldn't afford to employ peer support specialists or afford it; however, Mike advocated for keeping and expanding peer support at KAC because he actually believed in the value of the position regardless of company costs

and the company losing money. To the patient, a peer support specialist is a person that is in recovery themselves and talks to patients about real life lived experiences with addiction and is a real life representation that addiction can be overcome, a person can get their life back, and a person can function happily in society again. To the Peer support specialist themself, it allows a person in recovery from substance use to get back to work and integrated back into a functional society. Mike believed that treating addiction meant treating the whole person, not just getting someone to a place a compliance and his advocacy for peer support is a testament to that. When a peer support specialist at our facility named Robin was relapsing due to the death of her husband and other stressors, Mike stepped in to help her find rehabilitation, grief counseling again, made a plan of action l, and allowed her to keep her employment with KAC as long as she followed that plan of action; she did. Of all the places I have worked I can say owners of the facility is not always accessible to all staff, Mike was if you requested it. The environment at KAC was always positive and Mike was always a person employees felt they could contact or talk to if they had a small or large situation of issue.

Your Honor, although I do not know every detail aligned with his conviction and cannot speak to any of that, I do want your Honor to know I respect and understand the seriousness of the situation and I do not say that lightly. With that said, I do want to state that I believe a person is not just a compilation of only their worst judgements, decisions, and/or mistakes; Mike is not just a guy who done certain things at KAC.... Mike is also a father that loves his children and wife, someone that treated people with kindness and decency, a person that took financial burdens off a grieving family during the worst moment of their life, a person that gave 100 families a Christmas and was the reason so many children woke up smiling Christmas morning, a person who gave employees a second chance at not only employment but sobriety, a person that worked with employees even at the expense to himself to make their life easier, and a person that truly believed in addiction treatment and medicine. Due to the environment that Mike had created at KAC, many employees were left shocked in the wake of learning anything was going on, because it had been such a great and fair workplace. Mike believed that no one suffering from substance use was ever to far gone that they could not be saved, because he believed in the value of life and giving people second chances. I believe in second chances as well and believe that Mike has value he can offer to people around him, his family, and the world after everything that is to come.

I respect our legal system, the decision made by a jury of my peers, and all the hard work and time many people have spent on this matter and I understand it was not made lightly. I simply am trying to speak to the character of a man I personally met, was employed by, and specific occasions I witnessed and I hope this is also a consideration in any decisions your Honor has to make.

Thank you for your consideration,
Jimmy Arnett

*signature*, M:Ed, LCADC, CSS

2·13·2026

Jimmy.arnett@recovery well. Net

606 887 -1005

or

606 496 -5437

**John Edward Hawkins**

16731 Tranquility Park Dr | Cypress, TX77429

(901) 371-6794 | aggiebq95@gmail.com

**Date:** February 9, 2026

**To the Honorable Judge Karen Caldwell:**

My name is John Hawkins and I serve both as a Board Member & Worship Team member for Regeneration Church. I am writing to offer a character reference on behalf of my friend and fellow board member at Regeneration Church, Mr. Michael (Mike) Bregenzer. I have known Mike for a little over four years, both through our shared service on the church board and through our personal friendship, and I believe it is important for the Court to understand the person he is beyond the circumstances that bring us here today.

Mike is a deeply devoted family man. He is committed to his wife and children and takes his responsibilities as a husband and father seriously. His family is the center of his life, and he consistently strives to lead them with integrity, love, and faith. In addition to his dedication to his immediate family, Mike is also profoundly committed to his church family and community.

Through my time working alongside Mike at Regeneration Church, I have seen firsthand his willingness to serve others. When someone is in need—whether emotional, financial, or practical—Mike is often one of the first people to step forward. He gives his time generously, offers support without hesitation, and does so quietly, without seeking recognition. His actions reflect a genuine concern for others and a strong moral compass. Whether it is helping fellow church members move, or working alongside other members a service events, Mike can always be counted on to go the extra mile.

While we understand the seriousness and nature of the charges before the Court, we also recognize that even good people can find themselves in difficult circumstances. Based on my experience with Mike, I firmly believe that this situation does not define his character or the totality of his life's contributions. He is capable of learning from this experience, making meaningful amends, and continuing to be a positive influence on his family and community.

I respectfully ask Your Honor to consider leniency during the sentencing phase, allowing Mike the opportunity to take responsibility, make restitution where appropriate, and return to his family as soon as possible. His presence is deeply valued by those who depend on him, and I am confident that he will use this opportunity to continue growing as a person and serving others in a positive way.

Thank you for your time and consideration.

Respectfully,

John Edward Hawkins

February 12, 2026

To the honorable Karen Chadwell,

I am writing this letter on behalf of my former employer and friend, Mike Bregenzer. I have known him for 6 years. I had the opportunity to work for him at Kentucky Addiction Centers. I worked as a medical assistant and manager for the London office. All the time I have spent with Mike has been positive, and encouraging.

In the past I was in an abusive relationship, I was able to confide in Mike about my personal situation. He was trustworthy and created a safe space for me to speak. He always encouraged me to leave the situation, and checked on me. He took the time to learn the names of children. He met my mother at the Christmas' Party he provided for our company. He spent time getting to know his employees and making sure we all had our basic necessities. He would go out of his way to help our patients, and donate to our community. I was part of his Recovery month team, he was very passionate about recovery month and giving back.  I cannot explain Mike any other way than kind, respectful and selfless.

In another situation my father went missing in December 2020 while I was working for Kentucky Addiction Centers. I spent many days leaving to go do searches for my father because I could not focus at work. Mike always checked in with me, and was there for me when I found out in May 2021 that my father had drowned and passed away. Mike has personally shown me kindness in the darkest time of my life.

He took a chance and hired a single mom of two, who was struggling. I have never loved a job more than the job I had working for him. While I understand the seriousness of the conviction, I also know that it does not define the person and who he is today. I do respect the seriousness of the conviction. I believe Mike will be a light in other lives going forward. I offer my letter only as insight on his character.

Thank you for your consideration,

Kayla Smith CCMA
2606 Blackwater Rd
London KY 40741
606-309-8424
Kaylamchargue@icloud.com

February 10, 2026

To the honorable Karen Chadwell:

I am writing this letter on behalf of Mike Bregenzer. My name is Danny Waddell, I work as a nurse practitioner. I have known Mike Bregenzer for the past six years. I worked for him at Kentucky Addiction Centers in the London Office.

In my experience Mike is a selfless, and kind person who always cared for his friends, community, and employees. As a former employee, I have witnessed first hand his compassion for addiction recovery, and as a business professional. He always was respectful, making sure others felt seen and heard.

One example of Mike's selflessness was his involvement in our community. He encouraged a recovery month team to set up and do outreach in communities. Events where families of addicts, and recovering addicts who were in recovery could speak encouragement to the community. Mike was always very serious about going out in the community and offering help to individuals in need.

Another example of Mike's kindness was he was always very involved in coat drives, and making sure our patients had food. He always made sure our employees had their necessities. He was always genuine with helping our community. He never wanted recognition.

I do respect the gravity of the situation as he is facing serious conviction. I offer this letter to provide insight on his character. I believe Mike will grow from this entire experience and move forward responsibly. I respectfully ask that you consider my perspective as part of your evaluation of sentencing.

Thank you for your time and consideration.

Respectfully,

Danny Waddell APRN
606-521-6298
dannywaddell76@outlook.com

Your Honor,

I am writing you a letter today on behalf of Mike Bregenzer to respectfully request for leniency in his case. I am aware that Mike has been found guilty and the seriousness of the charges. My goal is not to question your judgement or argue the case but rather highlight the man I knew professionally and on a personal level.

Mike was my employer for a few years with his company KAC. We connected both professionally and personally on thoughts about patient outcomes, support and delivery of services. When I was first recruited by Mike, he shaped the conversation about how his company not only provided medical care for patients suffering from addiction and all the services provided but that he also wanted everyone working for him to feel like family. Mike made many efforts to keep the office staff and medical professionals included with ideas for growth of the company and different avenues we could improve. These included more expansive service lines from donations to job placement so that families could come together and be self sufficient with a feeling of pride in their lives. Patients that had often been destroyed by their addiction, loss of support, and perceived failures were encouraged to succeed.

Mike has personal traits that I would like to highlight such as his passion for patients and staff success, an unwavering dedication to his family, strong sense of community involvement and his genuine kindness. Mike never seemed to miss a chance to be there for his wife and children and would mention getting up early to meet his daughter for breakfast weekly as she was going through college. He would often remark about what he and his wife Rachel would be planning to do with their local church through fundraisers or lend a hand with neighborhood projects. Those traits would extend to local disasters states away from where our clinics were located and he would be the first to suggest and plan similar events to help with tornado devastation relief in western Ky or families that needed additional supplies or support. He knew I was going through a divorce and would call to tell me he was praying for me and ask if I was ok. These are character traits that we don't often see in many people in our lives, let alone an employer. Mike has impressed me in many ways, and I think he has traits that will continue to make him a leader wherever life takes him and I appreciate your consideration when imposing sentencing.

Sincerely

Macon S. Bradley DO, MBA

1307 Barbourville St. London Ky 40741 (859-321-1436)

**Kimberly Bailey Hawkins**

16731 Tranquility Park Dr. | Cypress, TX 77429

(346) 513-0968 | kbhawkins00@gmail.com

**Date:** February 9, 2026

**To the Honorable Judge Karen Caldwell:**

My name is Kimberly Hawkins, and I serve as the Church Administrator and a Board Trustee for Regeneration Church in Cypress, Texas. I have known Michael "Mike" Bregenzer since October 2021, when I began working at Regeneration Church. Over the past several years, I have worked closely with Mike on numerous church projects and alongside him as a fellow board member, and through this shared service we have also become personal friends.

I see Mike weekly through our work together at church, where we regularly serve side by side setting up for services, participating in church, and community outreach events. In every setting I have observed him, Mike has demonstrated a consistent and sincere commitment to serving others. Prior to these legal proceedings, Mike and his wife frequently opened their home to host church gatherings, creating a welcoming space for our church family.

One of the clearest examples of Mike's character is the care he has shown to vulnerable individuals in our community. Over the years, I have watched him extend exceptional compassion to several widows within our church. In one instance, after meeting a widow through mutual friends, Mike organized a church service project to build a fence for her home. When she later faced serious medical issues, he helped coordinate hospice care, arrange Meals on Wheels, and connect her with additional support services so she could safely return home after hospitalization. These actions were carried out quietly and faithfully, without any desire for recognition.

I have also served alongside Mike at broader community outreach events, including clothing distribution projects with Clothed with Faith and meal service through Hope Impacts. Through Hope Impacts, Mike assisted in serving meals at a weekly Bible study for individuals experiencing homelessness, where participants could receive a meal, a shower, a haircut, and spiritual support if they chose. In each of these settings, he treated every individual with dignity and respect.

On a personal level, Mike's support during my own season of loss left a lasting impression on me. When my father passed away, Mike prayed with me in the difficult days leading up to his death and then traveled an hour from his home to attend both the visitation and the funeral on separate days. His presence during that time was steady and deeply meaningful.

I am aware that Mike has been convicted and is now before the Court for sentencing. I have walked closely with him throughout this legal process and have consistently observed him leaning into faith, accountability, and service rather than withdraw. His commitment to helping others has only become more visible during this time.

I will continue to stand beside Mike and his wife regardless of the outcome of these proceedings. He is an integral part of our church family, and his faithful service has deeply impacted our whole congregation. I respectfully ask that the Court consider this letter when evaluating Mike's character, his history of service to others, and the strong community that continues to support him.

Respectfully submitted,

**Kimberly Bailey Hawkins**

To Whom This May Concern,

My name is Kaitlyn Bregenzer, and I am the oldest daughter of Michael Bregenzer. I am writing this letter to respectfully share my perspective on his character and the kind of man I know him to be.

My father has always been a steady presence in my life. He taught me the importance of hard work, responsibility, and showing up for the people you love. Growing up, he consistently put our family first and worked hard to provide for us. Some of my earliest memories are of him coaching my sports teams, helping with my homework, attending events like school events and church, etc. Those moments shaped who I am today.

While I understand the seriousness of the situation before the Court, I also know that this does not define the entirety of who he is. He is a man who cares deeply about his family, who has supported me, and who has always encouraged me to strive for integrity and strength.

My father is not perfect, but he is a good man who loves his family and has the capacity to grow from this experience. I respectfully ask the Court to consider the full scope of his character, as a father, provider, and someone who has been a meaningful presence in the lives of those around him.

Thank you for taking the time to read my letter and for considering my perspective.

Respectfully,

Kaitlyn Bregenzer

**To the Honorable Judge Karen Caldwell,**

My name is Lacey Prickett, and I am writing to you in support of Mike Bregenzer. I have known Mike for three years through our church and personal friendship, and I feel compelled to share my perspective on his character.

During the time I have known Mike, he has consistently demonstrated kindness, reliability, and a genuine willingness to serve others without expectation of recognition. One example that stands out to me is the care he showed toward my family. On multiple occasions, Mike made sure my daughter, Rylee, safely boarded the school bus in the mornings when our schedule was challenging. He did this simply because he cared, not because he was asked or obligated, but because that is the type of person he is.

When our family moved into a new home, Mike again stepped in without hesitation. He dedicated his time and energy to help us transition smoothly, offering both physical assistance and steady encouragement during what can be a stressful season. His willingness to show up in meaningful ways has been consistent throughout our friendship.

Mike is someone who invests in people. He serves faithfully within our church community and demonstrates integrity, accountability, and compassion in his daily life. I have personally witnessed his commitment to growth, his dedication to family, and his desire to positively contribute to those around him.

I respectfully ask that you consider my testimony regarding his character as you determine his sentence. I believe Mike can continue to be a productive and constructive member of society, and I stand ready to support him alongside our church community.

Thank you for your time and consideration.

Sincerely,
Lacey Prickett
2507 Village Circle Dr
Katy, TX 77493

Lrsrlz93@gmail.com
979-900-5641

To the Honorable Judge Karen Caldwell,

My name is Laura Shepherd, and I am writing this letter in support of Michael "Mike" Bregenzer. I have known Mike for over eight years, since before the birth of my first child. During that time, he has been a close and trusted friend to both me and my husband, as well as a consistent presence in our family's life. Our children know him as "Uncle Mike," a reflection of how deeply he has been woven into our family.

My husband and I also know Mike and his wife, Rachel, through our previous church, where they are both active members and regular attendees. In that setting, I have seen Mike demonstrate a genuine commitment to his faith community and to building meaningful, supportive relationships with others and his desire to serve.

Throughout the years I have known Mike, he has demonstrated a steady pattern of kindness, loyalty, and selflessness. One moment that stands out to me occurred during a particularly difficult season in my life, when I was going through a painful divorce. It was my first Christmas navigating that transition, and emotionally it was an especially challenging time. Without being asked, Mike offered to take my three year old daughter Christmas shopping so that the children could surprise me with a gift. He picked her up from school and took the time to visit multiple stores, helping her thoughtfully choose presents. That simple but meaningful gesture lifted my spirits in a way I will never forget, and it reflected Mike's natural instinct to step in and care for others when they are struggling.

This experience is representative of how Mike consistently goes out of his way to serve the people around him. He has always had a unique ability to see the good in others and to show up during moments that truly matter. Over the years, he has remained a close family friend, and he is currently working alongside my husband in our business. In both personal and professional settings, I have found Mike to be dependable, hardworking, and supportive.

Based on my long-standing relationship with him, I genuinely believe that Mike has the capacity to remain a positive and productive member of society. He has a strong support system, including our family, and people who care deeply about his future.

I respectfully ask that you take these reflections into account when determining an appropriate sentence.

Sincerely,

Laura Shepherd
26011 Waldridge Drive
Richmond, TX 77406
281-615-2114
Lmshepherd23@gmail.com

Date: February 13, 2026

To the Honorable Karen Chadwell:

My name is Melissa Eggers, and I am writing this letter on behalf of Mike Bregenzer. I worked for Mike and have known him for the past six years. During that time, I had the opportunity to observe his character both professionally and personally.

In my experience, Mike is a kind and selfless person who consistently puts the needs of others above his own. As his employee, I saw this reflected in the way he treated those around him. He was always respectful, patient, and willing to help whenever someone was struggling, even when it required extra time or effort on his part. He created an environment where people felt supported and valued.

Mike regularly demonstrated genuine concern for others, often prioritizing their well-being over his own. One example I personally witnessed occurred while Mike was recovering from shoulder surgery. Despite being in the midst of his own recovery, he was deeply concerned about an employee who was also undergoing surgery and facing a difficult time. Mike made a special effort to ensure she had everyday essentials to care for herself and allowed her to take as much time off work as necessary to fully recover.

Another example of Mike's selflessness was his involvement in a community coat drive. He personally traveled to ensure the effort was successful and provided coats and food for members of the community in need. These actions were not done for recognition, but out of a genuine desire to help others, and they reflect the compassion and consideration I consistently observed during the years I worked for him.

I am aware that Mike is before the Court following a serious conviction. I respect the gravity of this situation, and I offer this letter solely to provide insight into his character from my firsthand experience.

From my experience, I believe Mike has the capacity to grow from this experience and move forward responsibly. His consistent demonstration of good character and personal values gives me confidence in his ability to be a responsible and productive member of the community. I respectfully ask that you consider my perspective as part of your evaluation at sentencing.

Thank you for your time and consideration.

Respectfully,

**Melissa Eggers**
174 Park Estates Lane
London, KY 40744
606-224-6091
melissadeggers@gmail.com

02/02/2026

To the Honorable Judge Caldwell;

I am writing this character reference letter on behalf of Mr. Michael Bregenzer in hopes of offering an opportunity for you to understand a more personal side of the man who will soon stand before you for sentencing.

In August of 2017, my family moved into the house directly across from Michael, who promptly introduced himself as Mike. Mike immediately stood out as an exemplary neighbor. Quickly, my husband and I recognized that Mike and his loving wife, Rachel would become fast friends of ours.

One quality I admired from the start about Mike is the presence of God in his life. Virtually every time we gathered for a celebration in their backyard pool or around their kitchen table, members of their church were present. I knew from the start that Mike was a very grounded person whose moral compass was pointing in the right direction. We were saddened and shocked when Mike shared with us the news of his conviction. Through this journey, his Faith has not waivered and we have watched him continue to grow as a person. He is humble, remorseful, and determined to put this painful part of his life behind him.

The second strongest quality I noted was Mike's love of family. Mike never missed an opportunity to be with either of his two daughters. Many an early Saturday morning, he was headed off to watch his daughter play in a softball tournament, or packing to participate in a parent event at the college his eldest daughter was attending. Mike also extended that same compassion to my own children. When my daughter was 14, we hosted a mini art sale at my house. Mike and Rachel were here to support and encourage, as she was a bit unsure of herself and her talents at that age. Mike has been a great role model for my kids. He is more like a fun uncle than a neighbor and I have always been grateful for that.

In closing, it is with the utmost respect that I humbly request your consideration for leniency in Mike's sentencing.

Thank you in advance for your consideration.

Sincerely,

Tara Scoggins

To the Honorable Judge Karen Caldwell,

My name is Christina Nicole Dennis. I am employed as a customer service agent in the dairy industry and volunteer weekly at my local church. I respectfully submit this letter as a character reference for Michael Bregenzer, whom I have known as a friend for nearly three years.

I understand the seriousness of Mr. Bregenzer's conviction, and with that understanding, I felt compelled to share my personal observations of his character.

One of my earliest and most meaningful experiences with Mike occurred shortly after my husband and I began attending the church where we met him. When we expressed interest in being baptized, Mike and his wife generously offered to host the baptism at their home, despite having known us only a short time. Their hospitality and kindness left a lasting impression and remain a cherished memory for our family.

As our friendship grew, I continued to witness Mike's consistent support and dependability. More recently, after I mentioned concerns about a leaking sink in our home, he voluntarily offered his help. He arrived as promised, assisted with several repairs, and asked for nothing in return. This willingness to serve others is something I have seen repeatedly in his interactions within our church community.

Based on my experience, I believe Mike will continue contributing positively to society. His role as a volunteer and core member of our church positively impacts our congregation and the broader community. I intend to continue supporting him alongside our shared church family as he moves forward.

Thank you for your time and consideration. I respectfully ask that you consider this testimony as part of your deliberation.

Sincerely,

*Christina Dennis*

Christina Nicole Dennis
22019 Westland Crk
Katy, TX 77449
Nicole_D1130@yahoo.com
832-239-7799

CamScanner