**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIM. NO. 5:23-09-KKC-MAS** |
| **Plaintiff,** | |
| **V.** | **ORDER** |
| **MICHAEL BREGENZER,** | |
| **Defendants.** | |

**\*\*\* \*\*\* \*\*\***

This matter is before the Court on the motion for preliminary judgment of forfeiture (R. 326) against Defendant Michael Bregenzer filed by the United States. Bregenzer has filed objections and has requested a hearing. Federal Rule of Criminal Procedure 32.2(b)(1)(B) provides, "If the forfeiture is contested, on either party's request the court must conduct a hearing after the verdict or finding of guilty." Further, unless doing so is impractical, the Court should enter the preliminary order of forfeiture before sentencing. Fed. R. Cr. P. 32.2(b)(2)(B).

For all these reasons, the Court hereby ORDERS as follows:

1) The sentencing hearing currently set for April 24, 2026 is SET ASIDE.

2) This matter is set for a telephonic conference on Wednesday, April 29, 2026 at 2:30 p.m. to set a date for the forfeiture hearing.

3) Parties may dial 1-859-474-8484 and enter Phone Conference ID: 601 034 21#. Please dial in a few minutes early.

4)  The Court will set a new date for the sentencing hearing after resolving the motion

for preliminary judgment of forfeiture.

This 22nd day of April, 2026.

Signed By:

*Karen K. Caldwell*

**United States District Judge**