**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIM. NO. 5:23-09-KKC-MAS** |
| **Plaintiff,** | |
| **V.** | **ORDER** |
| **MICHAEL BREGENZER,** | |
| **Defendants.** | |

**\*\*\* \*\*\* \*\*\***

Due to the unavailability of plaintiff's counsel, the Court RESCHEDULES the

telephonic conference for Thursday, April 30, 2026 at 2:30 p.m. to set a date for the

forfeiture hearing. Parties may dial 1-859-474-8484 and enter Phone Conference ID: 365

917 074 #. Please dial in a few minutes early.

This 29th day of April, 2026.

**Signed By:**

*Karen K. Caldwell*

**United States District Judge**