UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – GENERAL

Case No.  5:23-cr-9-KKC-MAS-3          At  Lexington          Date  June 12, 2026

USA vs Michael Bregenzer          X present     custody     bond   X  OR     Age ____

PRESENT:  HON. KAREN K. CALDWELL, UNITED STATES DISTRICT JUDGE

| Kimberly Marsh | Lauren Gootee | Sarah Edwards, Haley McCauley |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

Counsel for Defendant          Ronald Chapman, II          X  present   X  retained     appointed

PROCEEDINGS:          **EVIDENTIARY HEARING**

The parties appeared for a hearing on the government's Motion for Preliminary Judgment of Forfeiture for Forfeiture Money Judgment (DE #326). The Court heard testimony of one witness and arguments of counsel. The Court, hereby ORDERS as follows:

1. The Parties shall file supplemental citations to the case record or case law not previously identified at this hearing within seven (7) days of the date of entry of this minute entry order.

2. Defendant SHALL FILE the bate stamp, authenticated copy of the Operating Agreement cited by counsel for the defendant during his argument at this hearing within seven (7) days of the date of entry of this minute entry order.

3. This matter is scheduled for SENTENCING on Friday, July 24, 2026 at 1:00 p.m. in Lexington, Kentucky.

Copies:  COR, USP, USM

Initials of Deputy Clerk  km
TIC: 1 hr./21 min.