**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL NO. 5:23-09-KKC-MAS** |
| **Plaintiff,** | |
| **v.** | **PRELIMINARY JUDGMENT OF FORFEITURE** |
| **MICHAEL BREGENZER,** | |
| **Defendant.** | |

Based on the Jury Verdict (R. 226), and for the reasons stated by the Court, it is hereby ORDERED, ADJUDGED, and DECREED that, pursuant to 18 U.S.C. § 982(a)(7) and 21 U.S.C. § 853: the United States is entitled to a forfeiture money judgment against Defendant Michael Bregenzer in the amount of $325,152.44, which represents the amount of proceeds that the defendant obtained as a result of the offenses for which he was convicted.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction in this case for the purpose of enforcing this Order. IT IS FURTHER ORDERED that, pursuant to Federal Rule of Criminal Procedure 32.2(b)(4)(A), this forfeiture order will become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS FURTHER ORDERED that the United States is authorized to conduct appropriate discovery and any necessary ancillary proceedings as to the rights of third parties, pursuant to 21 U.S.C. § 853 and Federal Rule of Criminal Procedure 32.2(c), and as to the collection of the forfeiture money judgment, pursuant to Federal Rule of Criminal Procedure 32.2(b)(3).

IT IS FURTHER ORDERED that the forfeiture money judgment constitutes a debt owed to the United States that is separate and distinct from any restitution, fine, or penalty ordered by the Court and that it shall survive bankruptcy. The United States may take necessary steps to satisfy the forfeiture money judgment, including but not limited to moving to amend this forfeiture order, pursuant to Rule

32.2(e), to substitute property having a value not to exceed \$325,152.44 to satisfy Bregenzer's money judgment in whole or in part.

IT IS FURTHER ORDERED that the Clerk shall deliver copies of this Order to all counsel of record and United States Probation.

* * * * * * *

This 22nd day of July, 2026.

Signed By:

**_Karen K. Caldwell_**

**United States District Judge**