Eastern District of Kentucky
FILED

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON**

JUL 24 2026

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL BREGENZER,<br><br>    Defendant. | CRIMINAL NO. 5:23-09-KKC-03<br><br><br>**JUDGMENT OF ACQUITTAL<br>ON COUNT 12s AND 13s** |

*** *** ***

Following a jury trial which concluded on March 21, 2025, Defendant Michael Bregenzer was found **not guilty** on Count 12s and 13s of the Superseding Indictment (DE #226).

Therefore, it is hereby **ORDERED** that Defendant Michael Bregenzer is **ACQUITTED** of the charges contained in Counts 12s and 13s of the Superseding Indictment. This Judgment of Acquittal does not affect his conviction on the remaining counts.

Date: _July 24, 2026_

_____
United States District Judge