UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – SENTENCING

Case No.   5:23-CR-09-KKC-MAS-03          At  Lexington          Date  July 24, 2026

USA vs Michael Bregenzer          X  present  ___  custody  ___  bond  X  OR    Age  ___

DOCKET ENTRY:  The parties appeared for sentencing as noted. The Court OVERRULES the Defendant's Objection to the two-level enhancement for the loss amount and the four-level enhancement for an organizer/leader role. The defendant's remaining objections do not require ruling as they do not affect the guideline calculations. Accordingly, the Court adopts the factual findings and the advisory guideline applications that are set forth in the Presentence Report. There were no objections to sentence as stated.

PRESENT:   HON. KAREN K.  CALDWELL, U.S. DISTRICT JUDGE

| Kimberly Marsh | Elaine Haberer | Sarah Elizabeth Edwards |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

Counsel for Deft      Ronald W. Chapman    X  present      X  retained      ___  appointed

PROCEEDINGS:  **SENTENCING** (Non-Evidentiary)

X_____    Objections to Presentence Report.

_____    No objections to Presentence Report.

_____    The Court Reporter shall transcribe the proceeding of the hearing on the Objections to the Presentence Report and file in the record.

X_____    Court's Advice of Right to Appeal provided to defendant.

X_____    Transcript shall be deemed as written findings of Court.

X_____    Judgment shall be entered (See Judgment & Commitment.)

X_____    Defendant to remain on bond and on conditions of release previously imposed to self-report on or before 2:00 p.m. on September 29, 2026 at the facility designated by the Bureau of Prisons.

_____    Defendant remanded to custody of the USM.

Copies:  COR, USP, USM

Initials of Deputy Clerk      km
TIC:1/34