# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

CRIMINAL ACTION NO. 5:23-cr-00009 -KKC-MAS

UNITED STATES OF AMERICA                                       PLAINTIFF,

v.                              **<u>NOTICE OF APPEAL</u>**

MICHAEL BREGENZER                                     DEFENDANT.

_____

Defendant Michael Bregenzer, hereby gives notice that she appeals to the United States Court of Appeals for the Sixth Circuit from this Court's final judgment entered against him on July 29, 2026 (ECF No. 405).

Respectfully submitted,

Dated: July 29, 2026

s/ *Ronald W. Chapman II*
Ronald W. Chapman II, LL.M.
MI Bar No. P73179
(Admitted Pro Hac Vice)
Chapman, Dowling & Mallek P.C.
456 E. Milwaukee Ave,
Detroit, MI 48202
(346) 242-7626
ron@chapmanandassociates.com

*Attorney for Michael Bregenzer*

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2026, the foregoing document was electronically filed using the CM/ECF system. Notice of this filing was sent to all counsel by operation of the CM/ECF system.

s/ *Ronald W. Chapman II*
Ronald W. Chapman II, LL.M.
