**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO. 5:23-cr-9-KKC-MAS**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**v.        UNITED STATES' MOTION TO WITHDRAW ATTORNEY OF RECORD**

**JOSE ALZADON, M.D.,**
**MICHAEL BREGENZER, AND**
**BARBIE VANHOOSE**                                             **DEFENDANTS**

Pursuant to Local Criminal Rule 57.6(b), the United States moves to withdraw as counsel of record of Trial Attorney Dermot Lynch. As grounds for the motion, the United States informs the Court that Mr. Lynch is shortly finishing his government service at the Department of Justice and multiple attorneys maintain appearances as counsel of record for the Government in this case.

Respectfully submitted,

JASON PARMAN
FIRST ASSISTANT UNITED STATES ATTORNEY

LORINDA LARYEA, CHIEF
CRIMINAL DIVISION,
FRAUD SECTION

By:        *s/ Dermot Lynch*
Dermot Lynch
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Washington, DC 20005
202-591-6015
dermot.lynch@usdoj.gov

1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2026, a true and correct copy of the foregoing document was served on defense counsel of record via CM/ECF.

_s/Dermot Lynch_
Dermot Lynch