**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO. 5:23-cr-9-KKC-MAS**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**v.** **ORDER GRANTING UNITED STATES' MOTION TO WITHDRAW ATTORNEY OF RECORD**

**JOSE ALZADON, M.D.,**
**MICHAEL BREGENZER, AND**
**BARBIE VANHOOSE**                                                            **DEFENDANTS**

This Court GRANTS the United States' motion to withdraw as counsel of record Trial

Attorney Dermot Lynch.


_____, 2026          _____

1