**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

CRIMINAL ACTION NO. 5:23-cr-00009 -KKC-MAS

UNITED STATES OF AMERICA PLAINTIFF,

v. **NOTICE OF FILING**

MICHAEL BREGENZER DEFENDANT.

---

Defendant Michael Bregenzer, in response to the Court's August 14, 2026 Notice of Deficiency, hereby files the attached Proposed Order concerning his Motion for Bond Pending Appeal (ECF No. 417).

Respectfully submitted,

Dated: August 14, 2026

s/ *Ronald W. Chapman II*
Ronald W. Chapman II, Esq., LL.M.
MI Bar No. P73179
(*Admitted Pro Hac Vice*)
Chapman, Dowling, & Mallek P.C.
456 E. Milwaukee Ave.,
Detroit, Michigan 48202
T: (346) 242-7626
ron@chapmanandassociates.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2026, I electronically filed the forgoing document with the clerk of court by using the CM/ECF system which will send the notice of electronic filing to all attorneys of record.

s/ *Ronald W. Chapman II*
Ronald W. Chapman II, Esq., LL.M.