# EXHIBIT A

| | |
|---|---|
| **From:** | Lauren Tyrell |
| **To:** | Caldwell_Chambers@kyed.uscourts.gov |
| **Cc:** | Cheyanne Oneal; Ronald Chapman II; john@dowlingdefensegroup.com; sermot.lynch@usdoj.gov; Edwards, Sarah (CRM); Pardesi, Abdus Samad (CRM) |
| **Subject:** | [EXTERNAL] USA v. Alzadon et al; Case No 23-cr-00009 |
| **Date:** | Monday, February 17, 2025 5:13:20 PM |
| **Attachments:** | Bregenzer Proposed Jury Instructions 1 2.pdf<br>Bregenzer Voir Dire Questions 1.pdf |

---

Dear Chambers:

Per the Courts scheduling order (DE# 83), attached please find Defendant Bregenzer's proposed jury instructions and vior dire questions.

Best regards,