**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br><br>**v.**<br><br>**MICHAEL BREGENZER,**<br>**Defendant.** | **CRIMINAL NO. 5:23-09-KKC-MAS-3**<br><br>**ORDER** |

* * * * * * * * * *

On July 29, 2026, the Court sentenced defendant Michael Bregenzer to a 48-month prison term and ordered that he surrender for service of the sentence on September 29, 2026.

On August 13, 2026, he filed a motion (R. 417) requesting that the Court stay execution of the sentence and his surrender date pending appeal. On August 27, 2026, the government filed a response objecting to Bregenzer's request. He has not yet filed a reply.

So that the Court may fully consider Bregenzer's motion prior to his surrender date, the Court hereby ORDERS as follows:

1) Bregenzer's surrender date is EXTENDED to November 3, 2026.
2) Bregenzer shall self-report to the designated Bureau of Prisons facility on or before 2:00 PM on November 3, 2026.

This 3rd day of September, 2026.

**Signed By:**
***Karen K. Caldwell*** KKC
**United States District Judge**