**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

CRIMINAL ACTION NO. 5:23-cr-00009-KKC-MAS

UNITED STATES OF AMERICA PLAINTIFF,

v. **ORDER**

MICHAEL BREGENZER DEFENDANT.

---

This matter is before the Court on Defendant Michael Bregenzer's Unopposed Motion for a Thirty-Day Extension of Self-Report Date. Having considered the Motion and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED**. Defendant Michael Bregenzer's self-report date is extended from November 3, 2026, to December 3, 2026, at 2:00 p.m. Defendant shall remain subject to all previously imposed conditions of release until that date.

This the _____ day of __________, 2026.